IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Billins, Althea A

Printed: 11/18/08

Case Number:  04 B 15753
Judge: Hollis, Pamela S
Filed: 4/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  September 26, 2008
Confirmed:  June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,854.00 |  |
| Secured: |  | 10,676.37 |
| Unsecured: |  | 6,909.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 1,066.39 |
| Other Funds: |  | 1.74 |
| Totals: | 19,854.00 | 19,854.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,200.00 | 1,200.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 624.97 | 624.97 |
| 4. | American Home Mortgage Servicing | Secured | 10,051.40 | 10,051.40 |
| 5. | American Home Mortgage Servicing | Unsecured | 700.00 | 700.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 4,228.67 | 4,228.67 |
| 7. | Bank One | Unsecured | 1,289.94 | 1,289.94 |
| 8. | Illinois Student Assistance Commission | Unsecured | 258.85 | 258.85 |
| 9. | World Financial Network Nat'l | Unsecured | 21.48 | 21.48 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 121.20 | 121.20 |
| 11. | Americash Loans, LLC | Unsecured | 148.67 | 148.67 |
| 12. | World Financial Network Nat'l | Unsecured | 9.69 | 9.69 |
| 13. | Peoples Energy Corp | Unsecured | 651.61 | 0.00 |
| 14. | Capital One | Unsecured | 131.00 | 131.00 |
| 15. | Nuvell Financial Services | Secured |  | No Claim Filed |
| 16. | Green Dubin & Company | Unsecured |  | No Claim Filed |
| 17. | Dish Network | Unsecured |  | No Claim Filed |
| 18. | American Family Insurance | Unsecured |  | No Claim Filed |
| 19. | National Credit System | Unsecured |  | No Claim Filed |
| 20. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 21. | Loop Lab School | Unsecured |  | No Claim Filed |
| 22. | US Cellular | Unsecured |  | No Claim Filed |
| 23. | Providian | Unsecured |  | No Claim Filed |
| 24. | Time Life Books | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,437.48 | $ 18,785.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Billins, Althea A | Case Number: 04 B 15753 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/18/08 | Filed: 4/21/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 55.56 |
| 6.5% | 208.40 |
| 3% | 12.29 |
| 5.5% | 268.44 |
| 4.8% | 177.99 |
| 5.4% | 343.71 |
| | $ 1,066.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

